EARL JONES FUNERAL HOME, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-877—)

THE JEWISH HOSPITAL OF ST. LOUIS, Claimant, *vs.* STATE OF ILLINOIS, BOARD OF VOCATIONAL REHABILITATION AND EDUCATION, Respondent.

*Opinion filed September 25, 1974.*

SHARON SAVENS, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.